**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO BAUTISTA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>JUN SOO LEE, et al.<br><br><br><br>        Defendant(s). | Case No. CV-16-9017-R<br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

    Plaintiff/Parties were ordered to show cause in writing by not later than **April 24, 2017** why this action should not be dismissed for failure to submit a Joint Report of Early Meeting as ordered in this Court's Order Re: Notice to Counsel;

    WHEREAS, this period has elapsed without any action by plaintiff/parties.

    The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: April 25, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE